Illinois   |   New Jersey   |   New York   |   Ohio     

**Javier L. Merino, Esq.***

201-355-3440　　　JMerino@DannLaw.com　　　216-373-0536
Direct Telephone　　　Email　　　Fax

May 1, 2019

<u>Via ECF</u>
Honorable Frederic Block
Unites States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Desmond Delgadillo v. Hillary Taymour d/b/a Collina Strada
　　　Case No. 1:18-cv-07067

Dear Judge Block:

　　　Please accept this letter as notification that the parties have reached a Settlement Agreement relative to the above matter. Please be advised that the parties are in the process of finalizing the terms of said Agreement. Upon execution, the parties will submit a joint stipulation of settlement and dismissal.

Very truly yours,

Javier L. Merino, Esq.

cc: Courtney Stieber, Esq. (CStieber@seyfarth.com)

Mailing Address　　　DannLaw.com　　　Physical Address
PO Box 6031040　　　877-475-8100　　　372 Kinderkamack Road, Suite 5
Cleveland OH 44103　　　*Licensed in NJ and NY　　　Westwood, NJ 07675