## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

DESMOND DELGADILLO,

                  Plaintiff,

      v.

HILLARY TAYMOUR d/b/a Collina Strada,

                  Defendant.

Case No. 1:18-cv-07067

Judge Frederic Block

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action and all claims that have been asserted in this action are hereby dismissed in full, with prejudice, and without costs or attorneys' fees to any party.

**STIPULATED AND AGREED:**

_____
Javier L. Merino, Esq.
DANNLAW
372 Kinderkmack Rd., Suite 5
Westwood, NJ 07675
Phone: 201-355-3440
notices@dannlaw.com
*Counsel for Plaintiff*
Dated: May 16, 2019

_____
Courtney Stieber, Esq.
Seyfarth Shaw LLP
620 Eighth Ave.
New York, NY 10018
Phone:  212-218-5500
cstieber@seyfarth.com
*Counsel for Defendant*
Dated:  May 22, 2019

SO ORDERED:

/S/ Frederic  Block
_____
Hon. Frederic Block

Date: 5/23/2019 _____